■ In the Matter of DENNIS FLOYD, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [982 NYS2d 808]— Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered Sept. 9, 2013) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Scudder, P.J., Centra, Peradotto, Lindley and Whalen, JJ.

■ In the Matter of RICHARD TYES, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [982 NYS2d 808]— Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered Aug. 15, 2013) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Scudder, P.J., Centra, Peradotto, Lindley and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. NICHOLAS ROBLES, Appellant, v WARDEN ORLEANS STATE PRISON et al., Respondents. [982 NYS2d 419]—Appeal from a judgment (denominated order) of the Supreme Court, Orleans County (James P. Punch, A.J.), entered October 25, 2012 in a proceeding pursuant to CPLR article 70. The judgment converted the petition under CPLR article 70 to one under CPLR article 78 and denied the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Centra, Peradotto, Lindley and Whalen, JJ.